# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

### No. ACM S32446

————————————

### UNITED STATES
*Appellee*

v.

### Germaine K. SOMRAJIT
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 9 January 2018

————————————

*Military Judge:* Mark W. Milam.

*Approved sentence:* Bad-conduct discharge, confinement for 14 days, and reduction to E-1. Sentence adjudged 18 October 2016 by SpCM convened at Joint Base San Antonio – Lackland, Texas.

*For Appellant:* Major Jarett F. Merk, USAF; Major Rebecca J. Otey, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF; Major Mary Ellen Payne, USAF.

Before HARDING, SPERANZA, and HUYGEN, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Arti-

cles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.*

FOR THE COURT

KATHLEEN M. POTTER
Acting Clerk of the Court

---

* Appellant pleaded not guilty to Charge II and its Specification. Pursuant to a pre-trial agreement, Charge II and its Specification were withdrawn and dismissed *with prejudice* by the military judge. However, the court-martial order (CMO) and report of result of trial erroneously indicate that Appellant did not enter pleas to Charge II and its Specification and that Charge II and its Specification were only dismissed. We order a corrected CMO and report of result of trial to remedy these errors.